**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

LOREN IVORY MORGAN,

  Plaintiff,                                    CASE NO.: 1:24-cv-04905-AT-RDC

v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and BANK OF AMERICA, N.A.,

    Defendants.
    _____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Plaintiff, LOREN IVORY MORGAN, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). Defendant, Experian, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this February 4, 2025.

                                     **/s/Octavio Gomez**
                                      Octavio "Tav" Gomez
                                      Florida Bar #:0338620
                                      Georgia Bar #: 617963
                                      Pennsylvania #: 325066
                                      The Consumer Lawyers PLLC
                                      501 E. Kennedy Blvd., Ste 610
                                      Tampa, FL 33602
                                      Cell: (813)299-8537
                                      Facsimile: (844)951-3933
                                      Tav@theconsumerlawyers.com
                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 4th of February, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                     **/s/Octavio Gomez**
                                      Octavio "Tav" Gomez
                                      Georgia Bar #: 617963
                                      *Attorney for Plaintiff*