UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LOREN IVORY MORGAN,

  Plaintiff,

v.

CASE NO.: 1:24-cv-04905-AT-RDC

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and BANK OF AMERICA, N.A.,

  Defendants.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, BANK OF AMERICA, N.A.

COMES NOW Plaintiff, LOREN IVORY MORGAN, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, BANK OF AMERICA, N.A., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

1

Dated this 31st day of March, 2025.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 31st day of March, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*