UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LOREN IVORY MORGAN,

  Plaintiff,

v.

                          CASE NO. 1:24-cv-04905-AT

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
and BANK OF AMERICA, N.A.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA, N.A.

COMES NOW Plaintiff, LOREN IVORY MORGAN and Defendant, BANK OF AMERICA, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant BANK OF AMERICA, N.A. in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 5th day of May, 2025.

1

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Natalina N. DePina** |
| Octavio "Tav" Gomez | Natalina N. DePina |
| Florida Bar No.: 0338620 | Georgia Bar No. 617877 |
| Georgia Bar No.: 617963 | McGuireWoods LLP |
| Pennsylvania No.: 325066 | 1075 Peachtree Street, N.E. |
| The Consumer Lawyers PLLC | 35th Floor |
| 501 E. Kennedy Blvd., Suite 610 | Atlanta, GA 30309-3900 |
| Tampa, FL 33602 | (404) 443-5735 (Telephone) |
| Cell: (813) 299-8537 | ndepina@mcguirewoods.com |
| Facsimile: (844) 951-3933 | |
| Tav@theconsumerlawyers.com | *Counsel for Defendant Bank of* |
| *Attorney for Plaintiff* | *America, N.A.* |